■ In the Matter of ROBERT GORDON, Appellant, v THOMAS HUONKER, as Assessor of City of Rochester, et al., Respondents. [730 NYS2d 748] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—RPTL.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.